1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | 1:14-cv-00612-SKO (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document# 2) |
| KRISTOPHER PEUGH, et al., | |
| Defendants. | |

Plaintiff Gregory Ell Shehee, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2014.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

    Dated:   **April 29, 2014**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28