UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>   v.<br><br>KRISTOPHER PEUGH, et al.,<br><br>        Defendants. | 1:14-cv-00612-LJO-SKO (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(Document# 10) |

On January 26, 2015, Plaintiff filed a motion seeking the appointment of counsel. This action was dismissed, with prejudice, for failure to state a claim upon which relief may be granted on December 17, 2014. Accordingly, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

    Dated:   **January 28, 2015**                **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE